UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Andre R. Levesque

    v.                        Civil No. 10-cv-00259-JL

State of New Hampshire

**O R D E R**

The court declines to issue a certificate of appealability. The petitioner has not shown that reasonable jurists could debate whether the petition should have been resolved in a different manner, that the issues presented were adequate to deserve encouragement to proceed further, or otherwise made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: November 3, 2010

cc: Andre R. Levesque, pro se